Jonathan Recco
10021 Kaylorite Street
Dunkirk, MD 20754
240.691.8260 |
Jonathan.D.Recco@gmail.com

FILED
2021 JUN 11 PM 1: 19
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND, GREENBELT DIVISION

| | |
|---|---|
| JONATHAN RECCO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendant | Case No.: 20-20588<br>Chapter 7<br><br><br>ADV. NO. 21-00066 |

Below is my response to the letter I received that was sent June 3, 2021.

In reference to item three, I never received anything that warranted a response

In reference to item five, the adversary proceeding should not be dismissed as, of June 9, 2021, these loans total $119,054.92. Per the Petition that was filed, my monthly net income is $69.86 and repayment would cause an undue hardship.

Dated this 9th of June, 2021.

*Jonathan Recco*
Plaintiff Name

ADV. NO. 21-00066 - 1