Entered: June 14th, 2021
Signed: June 14th, 2021
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **20−20588 − LSS**    Chapter: **7**    Adversary No.: **21−00066**

**Jonathan Recco**
Debtor

**Jonathan Recco**
Plaintiff

vs.

**United States Department of Education**
Defendant

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by Jonathan Recco, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered June 2, 2021, is hereby DISSOLVED.

cc:    Plaintiff

    Attorney for Plaintiff – PRO SE

    Defendant

    Attorney for Defendant – Kimberly Phillips

### End of Order

39x12 (rev. 05/31/1990) – KizzyFraser